# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Lakeisha Jones
                               Plaintiff,

v.                                                     Case No.: 1:17−cv−02584
                                                                           Honorable Marvin E. Aspen

Sheriff of Cook County, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 20, 2018:

      MINUTE entry before the Honorable Marvin E. Aspen: Pursuant to the joint stipulation to dismiss [33], this case is reported settled and is dismissed with prejudice. Each party shall bear its own costs. Civil case terminated. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.